858 A.2d 1162

**Joseph WAREHAM, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Sept. 22, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of September, 2004, we **AFFIRM** the order of the Commonwealth Court.